# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Lynn M. Portugall | § | Case No. 16-25173 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 153,795.08                           Assets Exempt: 27,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,680.00             Claims Discharged
                                                       Without Payment: 365,229.80

Total Expenses of Administration: 1,320.00

---

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 272,113.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,320.00 | 1,320.00 | 1,320.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 96,680.00 | 20,264.80 | 20,264.80 | 3,680.00 |
| **TOTAL DISBURSEMENTS** | $ 368,793.00 | $ 21,584.80 | $ 21,584.80 | $ 5,000.00 |

4)  This case was originally filed under chapter 7 on 08/04/2016 . The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/05/2017           By:/s/Frank J. Kokoszka, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| One Wedding Ring; Miscellaneous Jewelry | 1129-000 | 2,000.00 |
| Various Paintings By Various Artists Valued Between $10,000- | 1129-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PERL Mortgage, Inc., 2936 W. Belmont Ave Chicago, IL 60618 | | 252,345.00 | NA | NA | 0.00 |
| | Wfds/wds, Po Box 1697 Winterville, NC 28590 | | 19,768.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 272,113.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| Bank of Kansas City | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| BOK Financial | 2600-000 | NA | 60.00 | 60.00 | 60.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,320.00 | $ 1,320.00 | $ 1,320.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, PO Box 30285 Salt Lake City, UT 84130 | | 3,049.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 21,129.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 22,073.00 | NA | NA | 0.00 |
| | Chase, Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citi, Po Box 6241 Sioux Falls, SD 57117 | | 24,281.00 | NA | NA | 0.00 |
| | Grunyk & Associates, P.C., 200 E 5Th Ave Suite 125 Naperville, IL 60563 | | 6,000.00 | NA | NA | 0.00 |
| 3 | Comenity Capital Bank/Paypal Credit | 7100-000 | 4,000.00 | 4,289.08 | 4,289.08 | 778.88 |
| 2 | Fifth Third Bank | 7100-000 | 14,720.00 | 14,720.61 | 14,720.61 | 2,673.20 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Department Of Education C/O Nelnet | 7100-000 | 1,428.00 | 1,255.11 | 1,255.11 | 227.92 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 96,680.00 | $ 20,264.80 | $ 20,264.80 | $ 3,680.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-25173 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Lynn M. Portugall | | | | Date Filed (f) or Converted (c): | 08/04/2016 (f) |
| | | | | | 341(a) Meeting Date: | 08/30/2016 |
| For Period Ending: | 12/05/2017 | | | | Claims Bar Date: | 02/06/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1337 Natalie Lane Aurora Il 60504-0000 Dupage | 128,500.00 | 0.00 | | 0.00 | FA |
| 2. 2014 Volkswagen Jetta Mileage: 25000 | 18,000.00 | 18,000.00 | | 0.00 | FA |
| 3. Miscellaneous Household Goods And Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Television, Cell Phones, Computer, Printer, Et | 500.00 | 0.00 | | 0.00 | FA |
| 5. Various Paintings By Various Artists Valued Between $10,000 - | 10,000.00 | 3,000.00 | | 3,000.00 | FA |
| 6. The Necessary Wearing Apparel For Debtor And Her Dependents; | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. One Wedding Ring; Miscellaneous Jewelry | 4,000.00 | 2,000.00 | | 2,000.00 | FA |
| 8. Two Dogs | 0.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous Books, Pictures, Dvds, Etc. | 500.00 | 0.00 | | 0.00 | FA |
| 10. Bmo Harris | 200.00 | 0.00 | | 0.00 | FA |
| 11. Ryerson Pension | 0.00 | 0.00 | | 0.00 | FA |
| 12. Fidelity | 6,500.08 | 0.00 | | 0.00 | FA |
| 13. North Central College Defined Contribution Retirement Plan | 12,595.00 | 0.00 | | 0.00 | FA |
| 14. Court Ordered Payment In Full Satisfaction Of Debtor's Clai | 8,000.00 | 0.00 | | 0.00 | FA |
| 15. Homeowners, Health, Disabiltiy, And Automobile Policies | 0.00 | 0.00 | | 0.00 | FA |
| 16. Northwestern Mutual - Term Life Insurance Policy Number Endi | 0.00 | 0.00 | | 0.00 | FA |
| 17. Northwestern Mutual - Term Life Insurance Policy Number Endi | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $190,795.08 | $23,000.00 | | $5,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing of sale, and other action:

Trustee Motion to Sell Property to Debtor in Installment payments approved on 12/16/2016.
Trustee is waiting on entry of order on Docket and receipt of first payment to open bank account.  - Frank J. Kokoszka 12/17/2016
First payment received.  - Frank J. Kokoszka 1/4/2017
Bar date has passed and trustee has reviewed filed claims. - Frank J. Kokoszka 4/2/2017
Debtor continues to make timely payments pursuant to agreed payment plan.  - Frank J. Kokoszka 5/5/2017
Debtor has made another payment. Two payments remain.  - Frank J. Kokoszka 7/3/2017
Final Payment received from Debtor. Trustee to do final review of claims and prepare TFR   - Frank J. Kokoszka 9/11/2017

TFR Filed on 9/28/2017
Checks mailed to claimants



Initial Projected Date of Final Report (TFR): 12/31/2017          Current Projected Date of Final Report (TFR): 12/31/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-25173 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Lynn M. Portugall | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0201 |
| | Checking |
| Taxpayer ID No: XX-XXX7669 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/17 | 7 | Lynn M. Portugall<br>4520 Pipestone Court<br>Naperville, Il. 60564 | Sale back to Debtor<br>Initial Payment of Debtor pursuant to Court Order Approving Sale of Jewelry and Paintings back to the Debtor | 1129-000 | $2,000.00 | | $2,000.00 |
| 01/30/17 | 5 | Lynn M. Portugall<br>4520 Pipestone Court<br>Naperville, Il. 60564 | Sale back to Debtor<br>Payment #2 of Payment Plan (after initial down payment) | 1129-000 | $400.00 | | $2,400.00 |
| 01/31/17 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,390.00 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,380.00 |
| 03/03/17 | 5 | Lynn Portugall<br>4520 Pipestone Court<br>Naperville, Il 60564 | Sale back to Debtor<br>Installment Payments | 1129-000 | $400.00 | | $2,780.00 |
| 03/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,770.00 |
| 04/02/17 | 5 | Lynn M. Portugall<br>4520 Pipestone Court<br>Naperville, Illinois 6064 | Sale back to Debtor | 1129-000 | $400.00 | | $3,170.00 |
| 04/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,160.00 |
| 05/05/17 | 5 | Lynn M. Portugall<br>4520 Pipestone Court<br>Naperville, Il 60564 | Sale back to Debtor | 1129-000 | $400.00 | | $3,560.00 |
| 05/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,550.00 |
| 06/01/17 | 5 | Lynn M. Portugall<br>1337 NATALIE LANE<br>AURORA, IL 60504 | Sale back to Debtor | 1129-000 | $400.00 | | $3,950.00 |
| 06/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,940.00 |
| | | | Page Subtotals: | | $4,000.00 | $60.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-25173 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Lynn M. Portugall | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0201 |
| | Checking |
| Taxpayer ID No: XX-XXX7669 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/03/17 | 5 | Lynn M. Portugall<br>4520 Pipestone Court<br>Naperville, Illinois 60564 | Sale back to Debtor | 1129-000 | $400.00 | | $4,340.00 |
| 07/31/17 | 5 | Lynn M. Portugall<br>4820 Pipestone Court | Sale back to Debtor | 1129-000 | $400.00 | | $4,740.00 |
| 07/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,730.00 |
| 09/11/17 | 5 | Lynn M. Portugall<br>4520 Pipestone Court<br>Naperville, Illinois 60564 | Sale back to Debtor<br>Final Payment of payment plan of sale back to Debtor | 1129-000 | $200.00 | | $4,930.00 |
| 10/23/17 | 101 | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,250.00 | $3,680.00 |
| 10/23/17 | 102 | U.S. Department Of Education C/O Nelnet<br>121 South 13Th St, Suite 201<br>Lincoln, Ne 68508 | Final distribution to claim 1 representing a payment of 18.16 % per court order. | 7100-000 | | $227.92 | $3,452.08 |
| 10/23/17 | 103 | Fifth Third Bank<br>Po Box 9013<br>Addison,Tx 75001 | Final distribution to claim 2 representing a payment of 18.16 % per court order. | 7100-000 | | $2,673.20 | $778.88 |
| 10/23/17 | 104 | Comenity Capital Bank/Paypal Credit<br>C/O Weinstein & Riley, Ps<br>2001 Western Ave., Ste 400<br>Seattle, Wa 98121 | Final distribution to claim 3 representing a payment of 18.16 % per court order. | 7100-000 | | $778.88 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,000.00 | $5,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,000.00 | $5,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $5,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $1,000.00 | $4,940.00 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0201 - Checking | $5,000.00 | $5,000.00 | $0.00 |
|  | $5,000.00 | $5,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |

Page Subtotals:    $0.00    $0.00